STATE v. MUNDINE

No. 323P96

Case below: 122 N.C. App. 707

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 5 September 1996. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

STATE v. RICHARDSON

No. 255P96

Case below: 122 N.C. App. 400

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

STATE v. ROGERS

No. 367P96

Case below: 123 N.C. App. 359

Motion by Attorney General for temporary stay allowed 23 August 1996.

STATE v. SMITH

No. 309PA96

Case below: 123 N.C. App. 162

Notice of appeal by Attorney General (substantial constitutional question) retained 5 September 1996. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 5 September 1996.

STATE v. WEAVER

No. 368P96

Case below: 123 N.C. App. 276

Motion by Attorney General for temporary stay allowed 23 August 1996.